UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JOSE A. RAMIREZ

        Plaintiff,        07 Civ. 4138 (LAK)

-against-                    STIPULATION AND
                                      ORDER OF DISMISSAL
NYU DEPARTMENT OF PUBLIC SAFETY, et al.

        Defendants,
------------------------------------X

        It having been reported to this Court that the above entitled action has been settled,

        It is, on this 7ST day of February, 2008.

        ORDERED that the above-captioned action be, and the same hereby is, discontinued with prejudice and without costs provided that within thirty (30) days of the date of this Order, the action may be restored to the Court's calendar for good cause shown.

Dated:  New York, New York
        February 7, 2008

CONSENTED TO:

                                                        New York University

_/s/ Jose Ramirez_                         _/s/ Cathleen Dawe_
By: Mr. Jose Ramirez               By: Cathleen Dawe, Esq.
Pro Se Plaintiff                   Attorney for Defendants


Dated:  New York, New York
        February 13, 2008

                                             SO ORDERED:

                                             _/s/ Lewis A. Kaplan_
                                             HON. Lewis A. Kaplan
                                             United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08